## WAIVER OF SERVICE OF SUMMONS

TO: CHARITY GRIMM KRUPA, ESQUIRE

I acknowledge receipt of your request that I waive service of a summons in the action of <u>**Ringgold, Trevor v. C.O. Matthew Keller et al.**</u> which is case number <u>**11-974**</u> in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **July 28, 2011** (date request was sent), or within 90 days after that date if the request was sent outside the United States.

<u>**August** 25 **, 2011**</u>
Date

_____
Signature

Printed/typed name:  Robert A. Willig

Title if any:   Senior Deputy Attorney General

Counsel for:   Defendant, Superintendent Brian Coleman


SCANNED