IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| TREVOR RINGGOLD, | ) | |
|---|---|---|
| | ) | Civil Action No. 11 – 974 |
| Plaintiff, | ) | |
| | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| CO MATTHEW KELLER, CO WILLIAM ZOSKY; SGT CLAYTON STONER; LT JACOB WRIGHT and SUPERINTENDENT BRIAN COLEMAN; | ) ) ) ) ) | |
| Defendants | ) | |

## ORDER

**AND NOW**, this 31st day of March 2014; **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 53) is **GRANTED**.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Counsel of Record
   *Via CM/ECF Electronic Mail*

1